DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  natalie.winslow@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-4CB, Mortgage Pass-Through Certificates, Series 2006-4CB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-4CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4CB,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; HAMPTON & HAMPTON COLLECTIONS LLC; SILVERSTONE RANCH COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:17-cv-00238-RFB-NJK<br><br>**STIPULATION AND ORDER FOR COST BOND** |

Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-4CB, Mortgage Pass-Through Certificates, Series 2006-4CB (**BNYM**) and Defendant SFR Investments Pool 1, LLC hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1) and the NOTICE OF DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1) filed by SFR Investments Pool 1, LLC on February 21, 2017 [Dkt. No. 10], is granted.

2. The Bank of New York Mellon, shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to Defendant SFR Investments Pool 1, LLC within seven (7) days of the entry fo this order.

DATED this 23rd day of February, 2017.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Natalie L. Winslow, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff*<br>*The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2006-4CB, Mortgage Pass-Through Certificates, Series 2006-4CB* | */s/ Diana Cline Ebron, Esq.*<br>DIANA S. CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for Defendant*<br>*SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

February 24, 2017
_____
**DATED**