**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
RYAN W. REED
Nevada Bar No. 11695
rreed@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Silverstone Ranch Community Association*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, f/k/a BANK OF NEW YORK,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELLE R. CHURCH; SFR INVESTMENTS POOL 1, LLC; HAMPTON & HAMPTON COLLECTIONS, LLC; SILVERSTONE RANCH COMMUNITY ASSOCIATION,<br><br>Defendants.<br><br>SILVERSTONE RANCH COMMUNITY ASSOCIATION,<br><br>Cross Claimant,<br><br>vs.<br><br>HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Cross Defendant.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter Claimant, | Case No.: 2:17-cv-00238-RFB-NJK<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile: (702) 538-9113

-1-

vs.

BANK OF NEW YORK MELLON,

    Counter Defendant.

  Defendant Silverstone Ranch Community Association (the "Association"), hereby moves to substitute the law firm of Leach Kern Gruchow Anderson Song as its attorney of record in the place and stead of Robbins Law Firm (formerly Pengilly Law Firm) in the above-entitled action.

  The Robbins Law Firm hereby consents to the substitution of the law firm of Leach Kern Gruchow Anderson Song as attorney of record for the Association in its place and stead.

  Dated this 9th day of January, 2019.

**ROBBINS LAW FIRM**

_/s/ Elizabeth Lowell_
Elizabeth Lowell
Nevada Bar No. 8551
Chad Fuss
Nevada Bar No. 12744
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

  The law firm of Leach Kern Gruchow Anderson Song hereby consents to its substitution of attorney of record for the Association in the place and stead of Robbins Law Firm.

  Dated this 10th day of January, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

_/s/ Sean L. Anderson_
Sean L. Anderson
Nevada Bar No. 7259
Ryan W. Reed
Nevada Bar No. 11695
2525 Box Canyon Drive
Las Vegas, Nevada 89128

The Association hereby consents to the substitution of Leach Kern Gruchow Anderson Song as its counsel of record in the place and stead of Robbins Law Firm.

SILVERSTONE RANCH COMMUNITY ASSOCIATION

By: _____

Name: THOMAS T. MASSOW

Its: SRCA President BOD

## ORDER

IT IS SO ORDERED this 11th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE