# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bank Of New York Mellon,

                Plaintiff,

v.

Michelle R. Church, et al

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00238-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered against Cross Defendant Michelle R. Church.

December 13, 2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Morrison  
Deputy Clerk